IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

VS.             Crim. No. 1:04CR-10013-001
                Civil No. 1:06-CV-1083

RAY ANTHONY HOLLINS                                                 DEFENDANT

### ORDER

Now on this 18th day of April, 2007, comes on for consideration the proposed findings and recommendations filed herein on March 28, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the court hereby adopts in toto the findings and recommendations.

Accordingly, the court finds that the instant Motion to Vacate, Set Aside or Correct Sentence should be and is hereby denied and dismissed.

IT IS SO ORDERED.

.                    /s/ Harry F. Barnes
.                    **HARRY F. BARNES**
.                    **U.S. DISTRICT JUDGE**